IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA A. AMBROSE, | No. C 10-00234 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Counsel for plaintiff Tamara Ambrose shall file proof of service of both the summons and complaint upon defendant **BY NOON ON MONDAY, MAY 31, 2010**. Given that the receipt of service of both the summons and complaint by the government triggers the briefing schedule in this social security appeal, and the summons was issued long ago, if proof of service of the summons and complaint is not filed by that deadline, the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE