IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA A. AMBROSE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant.<br>                                                                / | No. C 10-00234 WHA<br><br>**CORRECTED ORDER<br>REGARDING PROOF OF<br>SERVICE OF SUMMONS<br>AND COMPLAINT** |

The prior order (Dkt. No. 7) contained an error in the deadline. As such, the deadline set forth in *this* order supercedes the deadline set forth in the previous order. Counsel for plaintiff Tamara Ambrose shall file proof of service of both the summons and complaint upon defendant **BY NOON ON MONDAY, MAY 10, 2010**. Given that the receipt of service of both the summons and complaint by the government triggers the briefing schedule in this social security appeal, and the summons was issued *over three months ago*, if proof of service of the summons and complaint is not filed by that deadline, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE