IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA A. AMBROSE,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>          Defendant.<br>                                                                     / | No. C 10-00234 WHA<br><br>**ORDER ON STIPULATED REQUEST FOR EXTENSION OF BRIEFING SCHEDULE** |

The undersigned has reviewed the parties' stipulation seeking additional time for plaintiff to file her summary judgment motion in this social security appeal. The reasons underlying the request, however, do not warrant any extension, let alone the 30-day extension requested. Specifically, the fact that counsel have taken on too much work and have other cases that "require briefing prior to this date" is not a legitimate reason to extend court-ordered deadlines. Since the motion deadline is imminent, however, the undersigned will grant plaintiff until **JUNE 28, 2010**, to file the summary judgment motion. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE